United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-20-385 |
| RIGOBERTO LARA, *et al.* | § | |

**O R D E R**

Defendant Gregory Chatman filed a motion for a continuance, (Docket Entry No. 113). The government and co defendants are unopposed to the motion.. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 1, 2021 |
| Responses are to be filed by: | June 14, 2021 |
| Pretrial conference is reset to**:** | **June 21, 2021 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 28, 2021at 9:00 a.m.** |

SIGNED on February 23, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge